Carex Real Prop., L.P. v McShea (2023 NY Slip Op 05979)

Carex Real Prop., L.P. v McShea

2023 NY Slip Op 05979

Decided on November 21, 2023

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: November 21, 2023

Before: Manzanet-Daniels, J.P., Kapnick, Oing, Pitt-Burke, Higgitt, JJ. 

Index No. 158193/21 Appeal No. 1060 Case No. 2023-03456 

[*1]Carex Real Property, L.P., Plaintiff-Respondent,
v
Sara D. McShea et al., Defendants-Appellants.

An appeal having been taken to this Court by the above-named appellant from an order of the Supreme Court, New York County (Laurence L. Love, J.), entered on or about January 17, 2023,
And said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, and upon the stipulation of the parties hereto dated November 8, 2023,
It is unanimously ordered that said appeal be and the same is hereby withdrawn in accordance with the terms of the aforesaid stipulation.
ENTERED: November 21, 2023